AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:24-M -01875(1) |
| | § | |
| (1) Justimiano Bernabe-Garcia | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 02, 2024** in **Zavala** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Justimiano  BERNABE-Garcia, an alien, entered, or was found in the United States at or near Batesville, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Tx on 12/28/2020, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title     **8**     United States Code, Section(s)     **1326(a)(1)**
.

I further state that I am a(n) **Border Patrol Agent, KAUTENBERGER, SHANE** and that this complaint is based on the following facts: *"The defendant, Justimiano  BERNABE-Garcia, was arrested by Border Patrol Agents, on July 02, 2024 for being an alien illegally present in the United States. Investigation and records*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ KAUTENBERGER, SHANE
Signature of Complainant
KAUTENBERGER, SHANE
Border Patrol Agent

07/03/2024
File Date

at   DEL RIO, Texas
City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                    Case Number: DR:24-M -01875(1)

(1) Justimiano Bernabe-Garcia

**Continuation of Statement of Facts:**

of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 12/28/2020 through Laredo, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____
Signature of Judicial Officer

/s/ KAUTENBERGER, SHANE
_____
Signature of Complainant